GRIFFIN *v.* SMYLY *et al.*

FISH, J. 1. In a case admitting of doubt as to whether there should be a verdict, or a judgment should be entered without a verdict, a judgment rendered upon a verdict is not, after the expiration of the term, open to collateral attack as being void. See *Crow* v. *American Mortgage Co.,* 92 *Ga.* 815, and cases cited.

2. It is too late after judgment to avail one's self of defenses which might have been made before its rendition. In such cases equity will not relieve the defendant of the consequences of his own laches.

3. There was no abuse of discretion in denying the injunction.

*Judgment affirmed. All concurring, except Cobb, J., absent.*

Submitted February 25, — Decided April 1, 1898.

Petition for injunction. Before Judge Lumpkin. Fulton county. January 25, 1898.

*T. L. Bishop* and *J. A. Wimpy*, for plaintiff.
*Reed & Hartsfield,* for defendant.